IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT T. HARMON, | Civil Action No. 2:17-cv-01653 |
| Plaintiff, | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| DENNIS GIBBS, et al., | |
| Defendants. | |

## ORDER

**IT IS ORDERED** this 14th day of February, 2019, that since this case has been assigned to a Magistrate Judge, each party must execute and file the form consenting to the jurisdiction of the Magistrate Judge or selecting the option to have the case randomly assigned to a District Judge no later than **February 28, 2019**. The applicable form is available on the Courts website at www.pawd.uscourts.gov in the forms section. **THE EVENT USED FOR DOCKETING THIS FORM IS FOUND UNDER "OTHER DOCUMENTS", CALLED "CONSENT TO TRIAL BY MAGISTRATE JUDGE OR DISTRICT JUDGE".** If the parties elect to have the case assigned to a District Judge, Magistrate Judge Lisa Pupo Lenihan will continue to manage the case as provided for in Local Rule 72G.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Counsel of record

Scott T. Harmon
KH-5738
S.C.I. Greene
175 Progress Drive
Waynesburg, PA 15370